IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff/Respondent, vs. ELMER RED EAGLE, JR., Defendant/Movant. | Cause No. CR 01-93-GF-BMM<br>CV 16-86-GF-BMM<br><br>ORDER DISMISSING MOTION AND DENYING CERTIFICATE OF APPEALABILITY |

This case comes before the Court on Defendant Red Eagle's motion for a certificate of appealability. Red Eagle is a federal prisoner proceeding pro se.

Red Eagle's conviction in this case was vacated because the evidence was not sufficient to support his conviction. *See United States v. Red Eagle*, No. 02-30187 (9th Cir. Mar. 13, 2003). Consequently, there is nothing to vacate, set aside, or correct. Red Eagle's motion for a certificate of appealability must be dismissed.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Red Eagle's motion for certificate of appealability (Doc. 79) is DISMISSED for lack of jurisdiction.

2. A certificate of appealability is DENIED. The clerk shall immediately process the appeal if Red Eagle files a notice of appeal.

3. The clerk shall ensure that all pending motions in this case and in CV 16-

86-GF-BMM are terminated and shall close the civil file by entering a judgment of dismissal.

4. The clerk shall alter the docket of the case to reflect that the sentence and judgment were vacated and Red Eagle was acquitted.

DATED this 27th day of July, 2016.

/s/ Brian Morris
Brian Morris
United States District Court Judge